IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK ROBERTSON | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 13-2657 |
| COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, et al. | : |

**O R D E R**

AND NOW, this 3rd day of September, 2013, upon consideration of Petitioner, Malik Robertson's ("Robertson"), Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C § 2241, the Response of the District Attorney of Philadelphia, and Robertson's Reply, it is hereby **ORDERED** that the Petition is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE