IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK ROBERTSON | CIVIL ACTION |
| v. | NO. 13-2657 |
| COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, et al. | |

## O R D E R

AND NOW, this 27th day of September, 2013, upon consideration of Petitioner, Malik Robertson's ("Petitioner"), Motion for Reconsideration (Doc. No. 12), it is hereby **ORDERED** that said Motion is **DENIED**. It is further **ORDERED** that:

1. Petitioner's Motion to Stay State Proceedings ( Doc. No. 2) is **DENIED**; and

2. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE